UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

DEC - 3 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

LOUIS MARCH
Petitioner,                    )
                               )
                               )
V.                             )      CASE NO. 5:08-1382
                               )
                               )
MS MILAND D.T.S officer        )
MR SIMPSON D.T.S officer       )
MR LIPPS Counselor "a11"       )
inc officer of F.C.I           )
Beckley Respondent(s))

MOTION FOR EMERGENCY INJUNCTION
AND CIVIL SUIT PURNT TO
42 U.S.C.A § 1983

COMES NOW, Petitioner, filing pro se, and
a federal prisoner Motioning this Honorable
Court for Emergency INjunction AND
Civil Suit pursuant to 42 U.S.C.A
§ 1983 due to the actions of Above
Named Respondents, that violate
Eighth Amendment of the United
STATES Constitution for a Cruel
and Unusual Punishment, This
Statement is supported by
the forgoing facts stated here in,

2

2

## LIBERAL PLEADINGS AND CONSTRUANCE DOCTRINE

As a prose pleader, Petitioner invoke the full benefits and protections of the liberal pleadings and construance doctrine as established in Haines v. keener, 404 U.S 519 (1972); Boag v. Mac Dougall (prose pleadings are not to be held to the same standards as attorneys; prose pleadings are to be liberally construed and treated; leave to amend shall be freely and liberally given to a pro se pleader); Hill v. United States, 368 U.S. 424 (1987) (pro se pleadings are not subject to dismissal on mere technicality; pro se pleadings must be construed liberally under what ever law rule, or practice is appropriate and which would provide pleader with the proper avenue for relief, courts are not bound by couching of a pro se prisoners pleadings, and must construe them to the best of the pro se pleader.)

## STATEMENT OF THE CASE

ON OCT 29-08 at approximately 6:00pm i was in popular A-L sitting down watching TV when Dr Murry approach me telling me i got a staff consultation for getting fired from the Lt office a month or more ago. The day he tryed to give me the consultation was on a weds the 29 of Oct. I told him there was nothing that said i was fired no shot nothing. And i told him if i had gotten fired how did i start a nother 7day job on the yard after flint. So he said he was going to check with ms Alexander and get back with me that was on the same day the 29 of Oct.

The next day about 11:30 to 10:30 on the 30 Mr biggs approach me in front of pop-n-lower and told me to put my hands on the wall which should be on the compound camera then he started feeling my front pockets then my back pockets then he went into my front pockets and took my store list out and two football tickets. So if you could check the compound camera to verify my story.

He than took the list and tickets one of the residents told me he gave it to mr simpson and Ms Miland which was true than the both of them started calling the people who was on the list one by one the first one was Mr Claudio he told me they was taking his job the next one who came to me was Mr Nelson, Mr nelson got in my face and told me they took his certificate and was going to put him out he told me it that happen he was going to fuck me up he is due to go to the half way house in jan 09 this took place in the unit on the 30 and the 31 of oct between 11:00 am and 1:00 pm this is on the unit cameras. That night i saw Lt Ruthledge at dinner and told him what they did the counselor at the drug program he then ask me will i be Ok i said i think so.

4



The next day was friday 31 oct, i came from out
side Mr hoover D.T.S counselor call me
to the back room in the room was D.T.S
Mr Miland D.T.S Mr Simpson and Dr Murry they
ask me about the store list, i told them
it was mine and the tickets after that
Dr murry told me being that i refuse to signe
the staff consoltation which he lied i did not
refuse this was <s>any</s> retaliation for telling the true
about my job. So being that Mr Lippy went
in my pocket and found those paper i cound not
be rehabilitated and this is coming from the
people who supose to be helping me with those
kind of problems. So they put me out of
the program with out following there own
Rules in trying to help people with problems.
After that Dr murry put me out of the
office about ten minutes later i look by
Mr Simpson and Mr Miland office it was
a crowed down there come to find out
they put the store list up and the football
tickets up if you check the unite camera it
will verify what im saying this Statement.


After that i went and told Dr murry he
Come out i said to him this how this
program works. You put my health and life
in danger After that he went and took the
papers down then i went to RCC



5

After that a inmate told me i was being call
back to the unit i went back to the
unit i was told by the officer they
wanted me out of the unit right now,
that was there words he said the officer
name it fawro So i packed up and move
to pine 4-L which was about 2:30 pm to
3:30 pm, but as i was leaving i saw the
D.T.S Simpson and Miland talking to inmate
brown. That Sunday Nov 2 Mr Brown
approach me in the rec yard and started
assaulting me. And now because of the
staff i cant go back on the compound
there shipping me out ~~that on November 30 at ~~
~~Trans ~~ ~~ ~~ ~~ ~~copy ~~ ~~ ~~ ~~ ~~the S.H.U~~

## CONCLUSION

Petioner's Constitutional Right of not to be
subject to cruel and unusual punishment have
been violated due to the overt malfeasance
performed by Mr Miland and Mr Simpson,
due to putting my life in danger and
harms way, in that Petitioner did have
to defend himself from an inmate.

1

6

that is nearly twice his size, and Petitioner is
going to have to stay in Protected Custody
in the special Housing Unit due to the
above noted officers.

Also, due to Mr Lippel violating a prisoners
right to be subjected only to pat searches
and not to be subject to being felt on the
buttox or inner thigh during searches performed
by staff at a prison, this is a form of sexual
assault.

Thus, as stated in Hutto v. Finney, 437 U.S 678,
57 L.E.D. 2d 522, 98 S. Ct. 2565 (1978), reh den, 439
U.S. 1122, 59 L.E.d. 2d ___, 98 S.Ct. 1035, Eighth Amendments
ban on inflicting cruel and unusual punishment, [sic] [ ]
proscribes more than physically barbarow punishment,
it prohibits penalties that are grossly disappropriate
to offense, as well as those that transgress today's
broad and idealistic concepts of dignity, civilized
standards, and decency", the above named
officers have in fact visited such cruel and
unusual punishment upon Petitioner,

7

## RELIEF REQUESTED

Petitioner respectfully asks this Honorable
Court to hold Mr Lipps, Mr Simpson and
Mr Miland in their personal capacity for
the sum of $50,000.00 each. Due to their
premeditated overt actions that violate
Petitioner's Constitutional right not
to be subjected to cruel and unusual
punishment,

Also, Petition hereby would like
to make formal Criminal Complaints
under Title 18 U.S.C.A.§ 242,

## EMERGENCY   INJUNCTION

Petitioner would like to respectfully request
this Honorable Court to set an Emergency
Injunction for the securing of the vidio
footage on the following dates and times,
due to the vidio will show the actions
Petitioners is accusing the above noted
officers of. Further, this is the only evidence,
And Petitioner submitted requests for the
S.I.S Officers to secure, but no response
has been given that the vidio footage was
secured and the vidio is erased sixty (60)
(60) days. time frame.

8

## Times and Dates

- ON oct 30 approximately between 11:30 am and 12:30 PM Mr Lipps approach me infront of pop-n-L and started feeling my legs and pockets and reach inside my pocket and took the store list out;

- ON oct 31, 08 approximately between 11:30 am and 12:30 pm Mr Simpson and Ms Miland took the store list to their office and put it up in the window. The camera will show the inmates running to the office to look.

- On oct 31 approximately between 2:00 pm and 3:30 pm this time will show that Ms Miland and Mr Simpson knowly put my health and life in danger by putting that store list up.

- ON oct 31 approximately between 11:00 am and 12:30 pm will show on camera Mr Lipps doing the same thing to inmate Brown who two days later assaulted in retaliation.

- ON the week of NOV 2, 08 i ask mr westcot for a 8½ form he told me he did not have any again i ask Mr Swan the same week and told to get it from mr westcot the following weekend i ask again and was denied again. I then went to receive my shot from Mr Ray Unit Manager and he told me i had to wait until after i see the D.H.O, Than i saw mr westcot on Nov 31 at 11:46 am and he refuse me again and Refus me legal copys.

9

## Times and Dates I was denied Remedy

I Requested 8½ from Mr snow the axel
of the 2 of Nov He told me
to get it from Mr Westcot ,
ask Mr Westcot that same week
on that saturday He said he did
not have any i kep on asking
for the 8½ but still no 8½
and on 11-14-08 when i was being
serv with my shot by Mr snow
and Mr Ray i was told by Mr
Ray that i don't need to
file a 8½ until after my
hearing which would be to
late, AND on Nov 30 11:46 am i ask
Mr Westcot for a 8½ again he told me He
did not have any and Refus me legal copys.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

Petitioner did attempt on several occassions
to request the Informal Resolution" document,
which is the primary step for the Bureau of
prisons Administrative Remedy Proces, but
Such request went unanswered or denied.
Thus, giving Petitioner no remedy to
file, because NO remed was available,
due to the actions of the officers,
described above the Administrative remedy
creates NO civil relief for a monetary
claim, as well as relief for violations of

10

a prisoner Constitutional Rights.

Thereby, Petitioner respectfully
ask's this Honorable Court to waive
the requirement for Exhaustion due
to the facts that the Bureaus
Administrative Process is
inadequate for the issues of this
instance, and cannot grant
the relief that a civil suit can.

Respectfully Submitted on this
the 27 of November 2008

Louis March

LOUIS MARCH # 28533-050
Federal Correctional Inst
Beckley . P.O BOX 350
Beaver W.V. 25813

Volunteer Legal Assistant
adam nicholas: casey
Reg.N. 11762-084
FCI - Beckley

THE BOOK
of
TRUTH

On oct 29-08 at approximately 6:00pm. and in
poplar A&L sitting down watching TV when Dr Murry
approach me telling me, I got a staff consaltation
for getting fired from the Lt office a month or more
ago. The he tryed to give me the consaltation was
wed the 29 of oct. I told him I was not fired and
he said i was like he was looking for a reason to put
me out the programe, I told him that there nothing
on paper that said i was fired no shot nothing.
And I said to him if I had gotten fired
how did i start a nother 7 day job on the yard
After that. So he said he was going to check
with my Alexander and get back with me that
was on the 29 of oct.

"The next day about 11:30 am to 12:30 Mr Lipps
Approach me in front of pop-A-L and told me to
put my hands on the wall which i did this
shoud be on the compound camera facing pop-A-L
then he started feeling my front pockets then he
started feeling on back pockets and buttova
then he went inside my front pocket and took
my store list out and two football tickets, So
If you would check the compound to verify
my story. He than took the list and tickets
one of the residents told me he gave it to Mr
Mcleod and Mr Simpson which was true then
the both of them started calling the residents
who was on the list one by one.

. the first one was Mr Nelson he had graduated on
. Nov 24 and due to leave a in jan 08 to the half way house
. after he came out the office he told me they took his
. certificat got in my face which is on the unite camera
. and told me if they take his half way house he was
. going to fuck me up that day ans one of two days
. which was the 30 ob oct and the 31 of oct during the
. late morning afternoon hours between 11 am to 12:30 pm,
. The staff did not say anything to being it was
. mine they left for the day. That night i saw LT
. Ruthledge at dinner and told him what they did
. the Staff he ask me will i be ok i said i think so.

. The next day was Friday 31 OCT i came from
. out side about 12:00 noon mr hoover call me to the back
. room in the room was Dr Murry mrs Miland Mr Simpson and
. Mr hoover they ask me about the store list I told them
. it was mine and the tickets after that Dr Murry told me
. being that i refuse to sign the staff consoltation which
. I did not and being that mr Lipps took those papers out my
. pockets they could not rehabilitate so they was putting me
. out. His words was i refuse to sign that paper when i
. did not if you look at the document you will see it sas
. I will check WITH Mrs Alexander to verify then if i
. was wrong then i would sign. But Dr Murry lied
. and said i refuse,

3 of 4

After that Dr murry put me out about 10 minutes later i look by Mr miland and Simpson office and It was a crowed of inmates down their come to find out they put the store list up and the football tickets up if you check the unite camera on the 31 of Oct time 11:30 am to about 1:45 pm it will verify what im saying to be a true statment, After that, i he went and told Dr murry you can see this on the camera he came out i told Dr murry is this how this program works You put my health and life in danger, After that he went in there office and they took it down. After that they call rec out i went about a half hour later one of the inmates told me they wanted me back on the unite. When i got there the officer Farrow told me they wanted me off the unite right now not later those was his words. Which was about 2:30 pm on Oct 31 i was move to pine-N-L. After that a nother inmate they had in the office was mr brown, On Nov 2, 08 I was on the yard and Mr brown and some of his friends approach me i don't know what they said to him in the office but he told me he was getting put out becouse of me that when he assaulted me by puching me in the face.     I, LOUIS A MARCH Attest and affirm that the afore Mentioned it true correct, And Complete to the best of my knowledge, information, and belief, Thus, I set my hand. Executed ON. 11-7-08 A.D Louis March LOUIS A MARCH

I, LOUIS A MARCH
After and affirm that the afore
Mentioned is True, Correct, And
Complete to the best of my
Knowledge, and Information, And
belief, Thus, I Set my hand:

Executed on: 11, 7, 08 A.D

Louis A March
Louis A March

EXHIBITS

— Here are ~~the~~ the request that
went un-answered by S.I.S Staff
here at Beckley FCI

Inmate Request to Staff

Date 11-7-08

Staff member

Mr Bodway head of SIS

Inmate name
Lovis, March                    Reg. no
                                28533-050
Location
SHU. "A-12"

I request that the camera on the
yard that capture the frout of pops
A-L on oct 30 at approximately 11:30
Thru 12:30 that will show i was Severly
assaulted by mr Lipp.

Thank You for You Prompt attention
To this important matter. I will be expecting a response from
You ASAP Lovis March

Inmate Request to staff

Date 11-2-08

Staff Member

Mr Bodway Head S.I.S

Inmate Name

Louis a March          Reg. NO 28533-050

Location
S.HU "A" 12

I request that the camera on the Unt R.A.L
on Fri oct 31 between 11:00 am when the
Staff took the store List put it up in
the office of Mr Miland our Supovor the
time was about 11 to about 12 PM oct 31. I
need that camera secure.

Thank You for your prompt attention
to this importan matter. I will be
expecting s response from ya A.S.A.P.

Thank You

Louis A March

Inmate Request to Staff

11-07-08

Staff Member

Mr Bodway Head of S.I.S

Inmate Name

Louis March                    Reg NO 28533-050

LOcation SHU "A-12"

I request that the camera on the yard
on Oct 31 between 2:00 and 3:30 be secured
this time will show that the staff did
and willingly put my health and life at
risk when ~~they~~ Mr Simpson and Mr M.land
put my store list up knowing it could
have gotten me hurt or killed So to
protect themself they move me off
the unit. Bo #L to pine A-L

Think You for your prompt attention
to this importan matter. I will be
expecting a response from you A.S.ap

Thank You
Lois A March

Inmate Request to Staff

Staff Member

Mr Bodway Head of S.I.S

Inmate Name

Louis A March          Reg NO 28533-050

Location
SHU "A-2"

On the above date 11-31-08 time 11:00 am to 12:30 pm
i would like the camera on pop A-2 front entrance
secured to show Mr Lipps abuse his Authority
by feel on inmate legs in reaching inside
"Mr Brown" pocket.

Thank You for your prompt attention
to this important matter. I will be
expecting a response from you A.S.A.P

Thank You
Louis A March



Louis A March
Reg. NO. 28533-050
F.C.I Beckley
P.O. Box 350
Beaver, W.V 25813

11-30-08

Mary E. Stanley,

I am sending this to you because i have
no other address for the courts plus its
with in your jurisdiction. I am also requesting
that, if you could, make copys and send me
a copy. ① Due to i have no access to a
copyer and the ② staff is being
difficult with copying anything, As well
As, this complaint is in regards to staff here
At Beckley F.C.I.

Thank You for your time and
prompt Attention to this very
important matter.

Louis A March



Louis March
Reg. No. 28533-050
Federal Correctional Institution Facility
P.O. Box 350
Beaver, W.V. 25813

RECEIVED
DEC -3 2008

Mary E. Stanley, Magistrate Judge
Robert C. Byrd U.S. Courthouse
300 Virginia Street East
Charleston, W.V. 25301

7007 3320 0001 5361 9243