# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

LOUIS MARCH,

        Plaintiff,

v.                              CIVIL ACTION NO. 5:08-cv-01382

MS. MILAND, et al.,

        Defendants.

### JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered this day, the Court **ORDERS** that the Motion for Emergency Injunction and Civil Suit Pursuant to 42 U.S.C.A. § 1983 [Docket 1] is **DENIED** and the Application to Proceed Without Prepayment of Fees and Costs [Docket 3] is **DENIED**. The Court further **ORDERS** that this matter be **DISMISSED** from the docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                              ENTER:       March 25, 2010

                                              IRENE C. BERGER, JUDGE
                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF WEST VIRGINIA